UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABAA AL RUBAYE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK B. GARLAND, et al.<br><br>　　　　　Defendants. | No. 2:23-cv-00926-DAD-JDP<br><br>ORDER GIVING EFFECT TO PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO 8 U.S.C. § 1447(b)<br><br>(Doc. No. 7) |

On June 29, 2023, the parties filed a stipulation agreeing to remand this case for adjudication pursuant to 8 U.S.C. § 1447(b). (Doc. No. 7.) Pursuant to the parties' stipulation, this case is hereby remanded to the U.S. Citizenship and Immigration Services with instructions to adjudicate the matter within fourteen (14) days of the order of remand. The Clerk of the Court is directed to close this case.

　　　　IT IS SO ORDERED.

Dated:　**June 30, 2023**　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1